AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1352 Monroe St, N.W., Apartment B
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: **07-433-M-01**

TO: __BRANDON H. CREECH__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT BRANDON H. CREECH__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Residence located at 1352 Monroe street NW Apartment B Washington, DC. This is a 3 story apartment complex with off white painted brick. The front of the building has a peach colored door with an oval glass opening with white trim. There is black lettering on the front of the building with the number 1352 on it. Apartment #B has a white door.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___SEP 0 3 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

___AUG 31 2007 // 4:40 PM___   at Washington, D.C.
Date and Time Issued

___ALAN KAY___
___U.S. MAGISTRATE JUDGE___   [signature]
Name and Title of Judicial Officer         Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED 8/31/07 2:45 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH 1352 Monroe St NW Apartment B Washington, DC |
| INVENTORY MADE IN THE PRESENCE OF  Special Agent Brandon H. Creech |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

**FILED**

SEP 04 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* John M. Facciola
U.S. Judge or U.S. Magistrate Judge

09/04/07
Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
1352 Monroe St NW
Apt. B
Washington, DC
Three Story Apartment with Balcony
in brick Row House

**Investigation Number:**
735-83211

**Starting Date and Time:**
08/31/2007 03:00 PM

**Ending Date and Time:**
08/31/2007 04:05 PM

**Report Date:**
Friday, August 31, 2007

---

**Control #:** 1
**Location:** FAMILY ROOM
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    SPRINT BLACKBERRY BOX WITH PACKING SLIP
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** BEDROOM 2
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    ONE (1) COMCAST CABLE MODEM S/N 154558604900083603033030; ONE (1) NETGEAR WIRELESS ROUTER S/N 1A42637K1075C; TWO (2) ETHERNET CABLE WIRES
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** BEDROOM 2
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    ONE (1) DELL COMPUTER TOWER S/N D8X9Q11, WINDOWS PRODUCT KEY # WKKY7-4JBRD-HDRJ3-MRGHX-JYC3W
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** BEDROOM 2
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    THREE (3) DOCUMENTS WITH PHONE NUMBERS ON IT - FOUND IN ROOM F IN DRESSER
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** BEDROOM 1
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    ONE DELL LAPTOP S/N 5796739, M/N PPO5L
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** LIVING ROOM
**Found:** 1352 MONROE ST NW
**Description:** Seized Per Warrant    ONE COMPACT DISK LISTING CREDIT CARDS EVENTS INVOICES ETC
**Evidence Box:**
**Locator Code:**

| Control #:   | 7                                                                                                      | Evidence Box:  |
|---|---|---|
| Location:    | BEDROOM 1                                                                                              | Locator Code:  |
| Found:       | 1352 MONROE ST NW                                                                                      |                |
| Description: | Seized Per Warrant  FIVE (5) KODAK FUNSAVER DISPOSABLE CAMERAS FOUND IN WHITE DESK DRAWER              |                |

| Control #:   | 8                                                                                                      | Evidence Box:  |
|---|---|---|
| Location:    | BEDROOM 1                                                                                              | Locator Code:  |
| Found:       | 1352 MONROE ST NW                                                                                      |                |
| Description: | Seized Per Warrant  ONE VA REGISTRATION FOR A 2001 LEXUS (JK43712) FOUND IN MIDDLE DRAWER WHITE DESK   |                |

| Control #:   | 9                                                                                                                              | Evidence Box:  |
|---|---|---|
| Location:    | BEDROOM 1                                                                                                                      | Locator Code:  |
| Found:       | 1352 MONROE ST NW                                                                                                              |                |
| Description: | Seized Per Warrant  ONE (1) T-MOBILE SIDEKICK II PHONE AND POWER CORD, S/N HT-GO2003-BEF52500400 FOUND IN WHITE DESK           |                |

| Control #:   | 10                                                                                                                                        | Evidence Box:  |
|---|---|---|
| Location:    | BEDROOM 1                                                                                                                                 | Locator Code:  |
| Found:       | 1352 MONROE ST NW                                                                                                                         |                |
| Description: | Seized Per Warrant  ONE (1) IMITATION FLOPPY DISK DRIVE M/N D353FUE; ONE (1) FLOPPY DISK; ONE (1) 20 GB APPLE IPOD - FOUND IN DESK        |                |